339 A.2d 759

**In re ADOPTION OF (Involuntary Termination of) Patty Ann BRANDL et al.**

**Appeal of Dorothy BRANDL.**

Supreme Court of Pennsylvania.

Argued Oct. 11, 1974.

Decided July 7, 1975.

Richard E. Myers, Greensburg, Ronald C. Makoski, Alex E. Echard, Floyd R. Warren, Westmoreland Legal Services, Inc., Greensburg, for appellant.

Joseph K. Bonidy, Greensburg, William B. Ball, Joseph G. Skelly, Harrisburg, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION OF THE COURT

PER CURIAM:

Decree vacated and case remanded for an evidentiary hearing and to make appropriate findings of facts after ascertaining the competency of Dorothy Brandl and to establish a current record and ascertain the preferences of the children. A guardian ad litem is to be appointed for Dorothy Brandl.

MANDERINO, J., filed a dissenting opinion.

MANDERINO, Justice (dissenting).

I dissent. The record does not sustain the trial court's decree involuntarily terminating the parental rights of Dorothy Brandl. That decree should be reversed.